HARTLEY v. MURTHA. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by James Hartley against Sophia E. Murtha. No opinion. Motion denied on payment of $10 costs, to enable appellant to move in court below to open default.

HESSLER, Respondent, v. SCHAFER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Hollister E. Hessler against G. Frederick Schafer. No opinion. Interlocutory judgment affirmed, with costs. See 46 N. Y. Supp. 1076.

HEYDENREICH, Respondent, v. LEHMANN, Appellant. (Supreme Court, Appellate Division, First Department. May 13, 1898.) Action by Rudolp Heydenreich against Gustav A. Lehmann. E. F. Dwight, for appellant. H. E. Frankenberg, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HICKS, Respondent, v. NEW JERSEY CAR-SPRING & RUBBER CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1898.) Action by John B. Hicks against the New Jersey Car-Spring & Rubber Company. No opinion. Order modified by striking out the provision that, in default of the service of the bill of particulars, the answer of defendant be stricken out, and in lieu thereof providing that, in case of such default, the defendant be precluded from giving evidence on the trial of the allegation, a bill of particulars of which, by said order, he is directed to furnish, without costs to either party. See 47 N. Y. Supp. 1137, and 49 N. Y. Supp. 401.

HIGH ROCK KNITTING CO., Respondent, v. BRONNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by the High Rock Knitting Company against Gus Bronner, impleaded with Nathan S. Dryfoos. There was an order adjudging Gus Bronner guilty of contempt for failing to answer questions before a referee, and he appeals. McGowan & Stolz, for appellant. Thomas Hogan, for respondent. No opinion. Order affirmed, with costs.

HILL, Respondent, v. WARNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) Action by Thomas Hill, Jr., against Abram L. Warner. No opinion. Order affirmed, without costs to either party. GREEN and WARD, JJ., dissenting. See 42 N. Y. Supp. 1126, 47 N. Y. Supp. 1138, 48 N. Y. Supp. 1106, and 50 N. Y. Supp. 1128.

HIRSHFELD v. BOPP et al. (Supreme Court, Appellate Division, First Department. April 22, 1898.) Action by Jacob Hirshfeld against John Bopp and others. No opinion. Motion denied, with $10 costs. See 50 N. Y. Supp. 676.

HOFFMAN, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 4, 1898.) Action by Wilhelmina Hoffman against John King and others, as receivers, etc. No opinion. Judgment and order affirmed, with costs.

In re HOGGATT. (Supreme Court, Appellate Division, Second Department. April 19, 1898.) In the matter of the application of Volney T. Hoggatt for admission to practice as an attorney and counselor at law in all the courts of record in the state of New York. PER CURIAM. Let the applicant appear before this court at chambers on the 21st instant, at 3 p. m.

In re HOGGATT. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) In the matter of the application of Volney T. Hoggatt for admission to practice as an attorney and counselor at law in all the courts of record in the state of New York. Matter referred to the committee on character to examine and take proof as to the character of the applicant, and also as to his conduct since his residence in this state; time and place of hearing to be fixed by the committee, and notice of the same to be given to the applicant.

In re HUNT. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) In the matter of the proceedings to disbar Dennis W. Hunt, attorney and counselor at law of the supreme court. No opinion. Order to show cause at sitting June 7, 1898, why report of Hon. E. O. Emerson, referee, should not be confirmed, allowed. See 44 N. Y. Supp. 1120.

HUNT, Respondent, v. PATTEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 26, 1898.) Action by Hiram W. Hunt against George D. Patten, impleaded with others. No opinion. Judgment reversed, without costs, and case remitted to the trial term for decision, on the authority of Hall v. Beston, 13 App. Div. 116.

In re INGHAM'S WILL. (Supreme Court, Appellate Division, Fourth Department. May 7, 1898.) In the matter of proving alleged last will and testament of Mary J. Ingham, deceased. No opinion. Decree of the surrogate's court of Wyoming county affirmed, with costs to the respondent, payable out of the fund.

JABLOWSKI et al., Respondents, v. NATIONAL PROHIBITION PARK CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 21, 1898.) Action by Alexander Jablowski and others against the National Prohibition Park Company. J. Travis King, for appellant. James Burke, Jr., for respondents. WILLARD BARTLETT, J. The record contains no proof of the filing of any lien; and, although it is stated in the brief of respondents' counsel that the defendant admitted on the trial the filing and service of the lien, this was denied by counsel for the appellant upon the argument, and no such admission appears in the justice's return. What actually occurred